APPROVED and SO ORDERED.
ENTER: January 2, 2014

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: BOSTON SCIENTIFIC CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | § § § § MDL No. 2326 |
| THIS DOCUMENT RELATES TO: *Sherry Ratliff v. Boston Scientific Corp., et als* C.A. No. 2:12-cv-02929 | § § § § § § JUDGE JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Boston Scientific Corp., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Respectfully Submitted,

For Plaintiffs:

/s/ Donald A. Migliori
Donald A. Migliori (USDC of RI #4936)
Motley Rice LLC
321 S. Main Street, Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 Fax
dmigliori@motleyrice.com

*Attorneys for Plaintiff*

For Defendants:

/s/ Jon Andrew Strongman
Jon Andrew Strongman (USDC of MO #353995)
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO  64108-2613
816-474-6550
816-421-5547 Fax
jstrongman@shb.com

*Attorneys for Defendants Boston Scientific Corporation*